UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

TELEPLUS CONSULTING, INC., Civil No. 00-2709 DWF/AJB

Plaintiff,

v. **ORDER OF RECUSAL**

KREILKAMP TRUCKING, INC.,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 2/15/01

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED FEB 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-2709 DWF/JMM

Use this case number for all further filings.