UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Teleplus Consulting, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Kreilkamp Trucking, Inc.,
a Wisconsin corporation,

Defendant.

---

Case No. 00-2709 DWF/JMM
Jury Trial Demanded

**STIPULATION AND ORDER FOR DISMISSAL**

**STIPULATION**

Plaintiff and Defendant, by their respective counsel, stipulate and agree that the above-captioned action, including all counterclaims, be dismissed on its merits and with prejudice and without costs to any party. WEF. [initials]

DATED: July 15, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: [signature]
Christopher K. Sandberg #95485
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone: (612) 339-6900
Telecopier: (612) 339-0981

COUNSEL FOR PLAINTIFF
TELEPLUS CONSULTING, INC.

DATED: July 16, 2002

LINDQUIST & VENNUM P.L.L.P.

By [signature]
William E. Flynn, #30600
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Telecopier: (612) 371-3207

COUNSEL FOR DEFENDANT
KREILKAMP TRUCKING, INC.

JUL 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, and in accordance with the terms thereof, it is hereby ordered that the above-captioned action, including all counterclaims, is **DISMISSED** on its merits and **WITH PREJUDICE** and without costs to any party.

Dated: July 19th, 2002

DONOVAN W. FRANK
Judge of United States District Court